IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD SAWYER,

      Petitioner,

vs.                                                                                           No. CIV 14-0260 JB/SMV

JOHN SANCHEZ and THE ATTORNEY
GENERAL OF THE STATE OF NEW
MEXICO,

      Respondents.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed December 31, 2014 (Doc. 11)("MOO").  In the MOO, the Court adopted the Magistrate Judge's Proposed Findings and Recommended Disposition, filed December 12, 2014 (Doc. 9), and dismissed all parties and claims in this case with prejudice.  MOO at 1-2, 9.  The Court now enters final judgment in favor of Defendants John Sanchez and the Attorney General of the State of New Mexico.

**IT IS ORDERED** that final judgment is entered in favor of Defendants John Sanchez and the Attorney General of the State of New Mexico.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Richard Sawyer
Springer Correctional Center
Springer, New Mexico

    *Plaintiff pro se*

Gary K. King
   Attorney General
Jane Bernstein
   Assistant Attorney General
New Mexico Attorney General's Office
Albuquerque, New Mexico

    *Attorneys for the Respondents*